*Friday, August 28, 1992*

## MOTION DOCKET

**92–1495.** State ex rel. Timson v. Bowman. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for temporary restraining order,

IT IS ORDERED by the court that said motion for temporary restraining order be, and the same is hereby, denied, effective August 27, 1992.

DOUGLAS, J., would grant an alternative writ.

## MISCELLANEOUS DISMISSALS

**92–1129.** Sherman v. Cedar Fair Limited Partnership. *Erie County*, No. E–90–64. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Erie County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellants' application for dismissal, IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 27, 1992.

*Monday, August 31, 1992*

## MERIT DOCKET

**92–1078.** State ex rel. White v. Franklin Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that, effective August 28, 1992, consistent with the opinion to follow, a writ of mandamus be and the same is hereby issued ordering the respondents to count all votes cast either by absentee ballot or at the polls in connection with the candidacy of Joseph Testa for nomination for the office of Franklin County Recorder; to determine and declare the results of the votes cast for Joseph Testa; and to certify the abstracts of those results.

IT IS FURTHER ORDERED by the court that, in view of the impending election, this order be, and hereby is, issued effective August 4, 1992.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT and H. BROWN, JJ., concur.

RESNICK, J., concurs as to the granting of the writ of mandamus but would make it effective as of the date of this entry, August 28, 1992.

DOUGLAS, J., dissents.

*Wednesday, September 2, 1992*

## MOTION DOCKET

**91–2108.** Taylor v. Natl. Group of Companies, Inc. This cause came before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division. Upon consideration of petitioner's motion to advance case on docket,

IT IS ORDERED by the court that said motion to advance case on docket be, and the same is hereby, granted, effective August 25, 1992.

HOLMES, J., dissents.